In the Matter of Marie Hill.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fannie Messer v. Charles Burstein and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John T. Clarke v. Nathan J. Miller and Another.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mulcahy & Gibson v. National Surety Company.— Motion for stay granted on condition that the case on appeal be served within five days after service of the order to be entered hereon, and that the printed papers be filed and the case placed on the calendar by April twentieth.    Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Huguenot Trust Company v. Robert D. Ireland.— Motion granted so far as to stay the enforcement of the judgment until the hearing and decision by this court of the appeal from the order denying the motion to open the default herein, on condition that the appeal be brought on for argument on April 9,1915. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Huguenot Trust Company v. Robert D. Ireland.— Motion denied.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Joseph G. Kammerlohr.— Referred to Hon. Roger A. Pryor, official referee.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Willard Parker Hospital.— Motion granted; question to be settled on settlement of order. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sarah C. L. Read v. The New York Central and Hudson River Railroad Company.— Motion granted.   Present – Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ellen Fitzsimons v. Felix Isman.— Motion granted.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Willard Parker Hospital. — Motion to resettle granted. Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Elias Gottfried v. Max S. Grifenhagen. — Application denied, with ten dollars costs. Order signed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Rutland Leasing Company v. William W. Brown.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Samuel Erman v. Great Central Palace Company.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mary Gleer v. Empire City Subway Company.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.